**DISMISS; and Opinion Filed May 17, 2019.**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00312-CV

**KEIVAN A. TAVAKOLI, Appellant**
**V.**
**WELLS FARGO BANK, N.A., Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-00954-2018**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Carlyle
Opinion by Justice Molberg

Since filing his notice of appeal, appellant has taken no further action in this appeal. He has not paid the $205 filing fee, filed the docketing statement, requested the reporter's record, or paid for the clerk's record. By separate letters dated March 13, 2019, we informed appellant that the $205 filing fee and docketing statement were due and instructed him to file both within ten days. We cautioned appellant that, if he failed to comply, the appeal would be dismissed. See TEX. R. APP. P. 5, 32.1. To date, appellant has not paid the fee, filed a docketing statement, or otherwise communicated with the Court.

By letter dated April 24, 2019, we notified appellant that the district clerk had not filed the clerk's record because appellant had not paid or made arrangements to pay for the clerk's record. We directed appellant to provide the Court with written verification that payment or arrangements

to pay for the clerk's record had been made or that appellant had been found to be entitled to proceed without payment of costs. We cautioned appellant that we might dismiss the appeal for want of prosecution if appellant failed to provide the required documentation by May 6, 2019. *See* TEX. R. APP. P. 37.3(b). On May 7, 2019, the district clerk filed a second letter informing the Court that appellant had still not paid or made arrangements to pay for the clerk's record. And to date, we have had no response or other communication from appellant.

Accordingly, we dismiss the appeal. See TEX.R.APP. P. 37.3(b); 42.3(b),(c).


/Ken Molberg/
KEN MOLBERG
JUSTICE

190312F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

KEIVAN A. TAVAKOLI, Appellant

No. 05-19-00312-CV      V.

WELLS FARGO BANK, N.A., Appellee

On Appeal from the 219th Judicial District Court, Collin County, Texas
Trial Court Cause No. 219-00954-2018.
Opinion delivered by Justice Molberg, Justices Myers and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee WELLS FARGO BANK, N.A. recover its costs, if any, of this appeal from appellant KEIVAN A. TAVAKOLI.

Judgment entered this 17th day of May, 2019.